# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

JOHN J. BALCOM,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendants.

Case No. 3:19-cv-06151-TLF

ORDER GRANTING STIPULATED MOTION FOR REMAND

Based on the stipulation of the parties (Dkt. 21), it is ORDERED that the Commissioner's decision regarding Plaintiff's application for supplemental security income and disability benefits is reversed and remanded for a de novo hearing, pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the Appeals Council will:

- Assign Plaintiff's case to a different Administrative Law Judge ("ALJ") to further evaluate Plaintiff's claims;
- The new ALJ will further develop the record;
- The new ALJ will offer Plaintiff the opportunity for a hearing; and
- Issue a new decision.

ORDER GRANTING STIPULATED MOTION FOR REMAND - 1

Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412 et seq.

Dated this 18th day of May, 2021.

*Theresa L. Fricke*

Theresa L. Fricke
United States Magistrate Judge